No. 603　　　　July 2, 2025　　　　655

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON
and City of Portland,
*Plaintiffs-Respondents,*

*v.*

MARCOS PICENO,
*Defendant-Appellant.*

Multnomah County Circuit Court
19CR51096; A181495

Celia A. Howes, Judge.

Submitted June 6, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Sara F. Werboff, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Denis M. Vannier and Fallon Niedrist de Guzman filed the brief for respondent City of Portland.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Carson L. Whitehead, Assistant Attorney General, filed the brief for respondent State of Oregon.

Before Shorr, Presiding Judge, Powers, Judge, and O'Connor, Judge.

PER CURIAM

Affirmed. *State v. Vinge*, 337 Or App 621, 564 P3d 186 (2025).